UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANETTE JOHNSON,                          *
on behalf of her minor child, M.C.J.,     *
                                          *
            Plaintiff,                    *
                                          *
      v.                                  *        Civil Action No. 11-11243-JLT
                                          *
MICHAEL J. ASTRUE, Commissioner,          *
Social Security Administration,           *
                                          *
            Defendant.                    *

ORDER

May 7, 2012

TAURO, J.

        This court ACCEPTS and ADOPTS the April 12, 2012 Report and Recommendation on

Plaintiff's Motion to Reverse or Remand Commissioner's Decision and Defendant's Motion to

Affirm Commissioner's Decision [#22] of Magistrate Judge Boal.  For the reasons set forth in the

Report and Recommendation, this court hereby orders that Plaintiff's Motion to Reverse or

Remand the Decision of the Commissioner of the Social Security Administration [#15] is

DENIED, and Defendant's Motion for an Order Affirming the Decision of the Commissioner

[#18] is ALLOWED.  This case is CLOSED.


IT IS SO ORDERED.


                                        ___/s/ Joseph L. Tauro____
                                        United States District Judge