UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANETTE JOHNSON, <br> on behalf of her minor child, M.C.J., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner, <br> Social Security Administration, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 11-11243-JLT <br> * <br> * <br> * <br> * <br> * |

ORDER

May 7, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the April 12, 2012 Report and Recommendation on Plaintiff's Motion to Reverse or Remand Commissioner's Decision and Defendant's Motion to Affirm Commissioner's Decision [#22] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that Plaintiff's Motion to Reverse or Remand the Decision of the Commissioner of the Social Security Administration [#15] is DENIED, and Defendant's Motion for an Order Affirming the Decision of the Commissioner [#18] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge